# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 13 |
| | : | |
| TERI M. GUISBERT | : | BANKRUPTCY NO. 17-14352(JKF) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW,** this 21st day of December, 2017, upon consideration of the Application of Christine C. Shubert, Chapter 7 Trustee, for Allowance of Compensation (the "Fee Application"), and after Notice and hearing, it is hereby

**ORDERED,** that the Fee Application is **APPROVED**; and it is further

**ORDERED,** that Christine C. Shubert, Chapter 7 Trustee, shall be compensated $1,305.00 for fees incurred in her capacity as the Chapter 7 Trustee for the Estate of Teri M. Guisbert (the "Chapter 7 Trustee Fees"); and it is further

**ORDERED**, that the Chapter 7 Trustee Fees shall be classified as an Administrative Priority Claim under 11 U.S.C. § 507(a)(2).

**BY THE COURT:**

_____
JEAN K. FITZSIMON,
UNITED STATES BANKRUPTCY JUDGE