UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    TERI M. GUISBERT : Bankruptcy No.  17-14352JKF
:
    Debtor(s) : Chapter 13

## ORDER

AND NOW, upon consideration of the Motion of the Standing Chapter 13 Trustee to Reconvert Case to Chapter 7 Pursuant to 11 U.S.C. Section 1307 and after notice and hearing, this case is hereby reconverted to Chapter 7.

BY THE COURT

**Date: December 21, 2017**

Jean K. FitzSimon, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA  19606-0410

Thomas W. Fleckenstein, Esq.
1338 Malleable Road
Columbia, PA 17512

Trustee Christine C. Shubert
821 Wesley Avenue
Ocean City, NJ 08226

Paul Brinton Maschmeyer
Maschmeyer Karalis P.C.
1900 Spruce Street
Philadelphia, PA 19103

Interested parties continued on next page.

Interested parties continued:

Robert W. Seitzer
Mashneyer Karalis P.C.
1900 Spruce Street
Philadelphia, PA 19103

Teri M. Guisbert
136A Church Street
Mountville, PA 17554

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107