United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-14352-jkf
Teri M. Guisbert                                                                Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR            Page 1 of 1            Date Rcvd: Dec 21, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 23, 2017.
db              +Teri M. Guisbert,    136A Church Street,    Mountville, PA 17554-1425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 21, 2017 at the address(es) listed below:
       FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
       PAUL BRINTON MASCHMEYER    on behalf of Attorney    Maschmeyer Karalis P.C. pmaschmeyer@cmklaw.com,
        csilvano@cmklaw.com
       POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
        ecf_frpa@trustee13.com
       REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
       ROBERT W. SEITZER    on behalf of Co-Counsel    Maschmeyer Karalis P.C. rseitzer@cmklaw.com
       ROBERT W. SEITZER    on behalf of Creditor    Maschmeyer Karalis P.C. rseitzer@cmklaw.com
       THOMAS W. FLECKENSTEIN    on behalf of Debtor Teri M. Guisbert tom@fleckensteinpalaw.com
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                    TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| | : | |
| **TERI M. GUISBERT** | : | **BANKRUPTCY NO. 17-14352(JKF)** |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

**AND NOW,** this <u>21st</u> day of <u>December</u>, 2017, upon consideration of the Application of Christine C. Shubert, Chapter 7 Trustee, for Allowance of Compensation (the "Fee Application"), and after Notice and hearing, it is hereby

**ORDERED,** that the Fee Application is **APPROVED**; and it is further

**ORDERED,** that Christine C. Shubert, Chapter 7 Trustee, shall be compensated $1,305.00 for fees incurred in her capacity as the Chapter 7 Trustee for the Estate of Teri M. Guisbert (the "Chapter 7 Trustee Fees"); and it is further

**ORDERED**, that the Chapter 7 Trustee Fees shall be classified as an Administrative Priority Claim under 11 U.S.C. § 507(a)(2).

**BY THE COURT:**

_____
JEAN K. FITZSIMON,
UNITED STATES BANKRUPTCY JUDGE