United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Teri M. Guisbert  
    Debtor

Case No. 17-14352-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Dec 21, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.  
db           +Teri M. Guisbert,   136A Church Street,   Mountville, PA 17554-1425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:  
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      PAUL BRINTON MASCHMEYER    on behalf of Attorney    Maschmeyer Karalis P.C. pmaschmeyer@cmklaw.com, csilvano@cmklaw.com  
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
      ROBERT W. SEITZER    on behalf of Co-Counsel    Maschmeyer Karalis P.C. rseitzer@cmklaw.com  
      ROBERT W. SEITZER    on behalf of Creditor    Maschmeyer Karalis P.C. rseitzer@cmklaw.com  
      THOMAS W. FLECKENSTEIN    on behalf of Debtor Teri M. Guisbert tom@fleckensteinpalaw.com  
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                         TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
    TERI M. GUISBERT          : Bankruptcy No. 17-14352JKF
                                                    :
    Debtor(s)                      : Chapter 13

## ORDER

AND NOW, upon consideration of the Motion of the Standing Chapter 13 Trustee to Reconvert Case to Chapter 7 Pursuant to 11 U.S.C. Section 1307 and after notice and hearing, this case is hereby reconverted to Chapter 7.

BY THE COURT

**Date: December 21, 2017**

Jean K. FitzSimon, B. J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA  19606-0410

Thomas W. Fleckenstein, Esq.
1338 Malleable Road
Columbia, PA 17512

Trustee Christine C. Shubert
821 Wesley Avenue
Ocean City, NJ 08226

Paul Brinton Maschmeyer
Maschmeyer Karalis P.C.
1900 Spruce Street
Philadelphia, PA 19103

Interested parties continued on next page.

Interested parties continued:

Robert W. Seitzer
Mashneyer Karalis P.C.
1900 Spruce Street
Philadelphia, PA 19103

Teri M. Guisbert
136A Church Street
Mountville, PA 17554

George M. Conway, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107