UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :   CHAPTER 7

Teri M. Guisbert

           DEBTOR                    :   CASE NO. 17-14352 JKF

PRAECIPE TO WITHDRAW TRUSTEE'S NDR

TO THE CLERK:

      Kindly withdraw the docket entry filed on 9/28/17 entitled Chapter 7 Trustee's Report of No Distribution filed by the Chapter 7 Trustee, Christine C. Shubert, Esquire. This request is due to the conversion of the case back to Chapter 7 from Chapter 13.

Dated: January 2, 2018           /s/ Christine Shubert, Esquire

                                      Chapter 7 Trustee
                                      821 Wesley Avenue
                                      Ocean City, NJ 08226
                                      609-938-4191