```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                       Case No. 17-14352-jkf
Teri M. Guisbert                                             Chapter 7
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Antoinett             Page 1 of 2             Date Rcvd: Jan 02, 2018
                             Form ID: 139                Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2018.
db             +Teri M. Guisbert,    136A Church Street,    Mountville, PA 17554-1425
coc            +Maschmeyer Karalis P.C.,    1900 Spruce Street,    Philadelphia, PA 19103-6697
13995946       +Toyota Lease Trust,    C/O Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
13939598       +York Toyota Financial Services,    9 West 57th Street,    New York, NY 10019-2701
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            +EDI: BCCSHUBERT.COM Jan 03 2018 01:08:00      CHRISTINE C. SHUBERT,   821 Wesley Avenue,
                 Ocean City, NJ 08226-3622
smg             E-mail/Text: bankruptcy@phila.gov Jan 03 2018 01:01:33      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 03 2018 01:01:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 03 2018 01:01:27     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13939591        EDI: RMSC.COM Jan 03 2018 01:08:00      Banana Republic/Synchrony,   PO Box 965003,
                 Orlando, FL 32896-5003
13939592       +EDI: RMSC.COM Jan 03 2018 01:08:00      Care Credit/GE,   PO Box 960061,
                 Orlando, FL 32896-0061
13939593        EDI: WFNNB.COM Jan 03 2018 01:08:00      Comenity Bank,   PO Box 182782,
                 Columbus, OH 43218-2782
13939594        EDI: WFNNB.COM Jan 03 2018 01:08:00      Comenity Bank/Bon-Ton,   PO Box 182782,
                 Columbus, OH 43218-2782
13939595        EDI: WFNNB.COM Jan 03 2018 01:08:00      Comenity Bank/Talbot,   PO Box 182782,
                 Columbus, OH 43218-2782
13939596        EDI: RMSC.COM Jan 03 2018 01:08:00      Gap/Synchrony,   PO Box 965003,   Orlando, FL 32896-5003
14013369        EDI: Q3G.COM Jan 03 2018 01:08:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
13999855        EDI: Q3G.COM Jan 03 2018 01:08:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
13997055       +EDI: RMSC.COM Jan 03 2018 01:08:00      Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
13939597        EDI: WFNNB.COM Jan 03 2018 01:08:00      Victoria's Secret,   PO Box 659728,
                 San Antonio, TX 78265-9728
                                                                                               TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Maschmeyer Karalis P.C.,    1900 Spruce Street,    Philadelphia, PA 19103-6697
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 29, 2017 at the address(es) listed below:
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              PAUL BRINTON MASCHMEYER    on behalf of Attorney    Maschmeyer Karalis P.C. pmaschmeyer@cmklaw.com,
               csilvano@cmklaw.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              ROBERT W. SEITZER    on behalf of Co-Counsel    Maschmeyer Karalis P.C. rseitzer@cmklaw.com
              ROBERT W. SEITZER    on behalf of Creditor    Maschmeyer Karalis P.C. rseitzer@cmklaw.com
```

```
District/off: 0313-2           User: Antoinett            Page 2 of 2                  Date Rcvd: Jan 02, 2018
                               Form ID: 139               Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          THOMAS W. FLECKENSTEIN   on behalf of Debtor Teri M. Guisbert tom@fleckensteinpalaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                                                                   TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:  Teri M. Guisbert
136A Church Street
Mountville, PA 17554

Debtor(s)

Case No: 17–14352–jkf

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer–Identification (ITIN) No(s).,
(if any) Employer Tax–Identification (EIN) No(s). (if any).:
xxx–xx–5489

___

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

*NOTICE IS GIVEN THAT:*

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

*Date:* 4/2/18

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self–addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
*Any creditor who has filed a proof of claim already need not file another proof of claim.*

900 Market Street
Suite 400
Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 1/2/18

58
Form 139