IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : CHAPTER 7 |
| | : |
| TERI M. GUISBERT | : BANKRUPTCY NO. 17-14352(JKF) |
| | : |
| Debtor | : |
| | : |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire, do hereby certify that on March 5, 2018 I caused to have served a copy of the Motion of Christine C. Shubert, Chapter 7 Trustee, For Entry of an Order (I) Compelling Fidelity Management Trust Company and National Financial Services, LLC to Liquidate Individual Retirement Accounts; (II) Compelling Fidelity Management Trust Company and National Financial Services, LLC to Distribute the Proceeds Thereof to the Trustee; and (III) Granting Related Relief and Notice of Motion, Response Deadline, and Hearing Date upon the following:

Fidelity Investments
Attn: Legal Operations
P.O. Box 770001
Cincinnati, OH 75277-0031


**KARALIS PC**


By:   /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Attorneys for the Trustee

Dated: March 5, 2018