United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-14352-jkf
Teri M. Guisbert                                                    Chapter 7
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett         Page 1 of 1              Date Rcvd: Mar 14, 2018
                              Form ID: trc            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 16, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13997055        +E-mail/PDF: gecsedi@recoverycorp.com Mar 15 2018 01:52:43      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk VA 23541-1021
                                                                                                 TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 16, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
          PAUL BRINTON MASCHMEYER    on behalf of Attorney   Maschmeyer Karalis P.C.
           pmaschmeyer357@gmail.com, FMarinas@msn.com
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          ROBERT W. SEITZER    on behalf of Co-Counsel   Maschmeyer Karalis P.C. rseitzer@karalislaw.com,
           jhysley@karalislaw.com
          ROBERT W. SEITZER    on behalf of Creditor    Maschmeyer Karalis P.C. rseitzer@karalislaw.com,
           jhysley@karalislaw.com
          THOMAS W. FLECKENSTEIN    on behalf of Debtor Teri M. Guisbert tom@fleckensteinpalaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                 TOTAL: 8

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-14352-jkf
Chapter 7

In re: Debtor(s) (including Name and Address)

Teri M. Guisbert
136A Church Street
Mountville PA 17554

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/12/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541 | eCAST Settlement Corporation<br>PO Box 29262<br>New York NY 10087-9262 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/16/18

Tim McGrath
**CLERK OF THE COURT**