IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| | : | |
| TERI M. GUISBERT | : | BANKRUPTCY NO. 17-14352(JKF) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW,** this ____ day of _____, 2018, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), For Entry of an Order (I) Compelling Fidelity Management Trust Company ("FMTC") and National Financial Services, LLC ("NFS") to Liquidate Individual Retirement Accounts; (II) Compelling FMTC and NFS to Distribute the Proceeds thereof to the Trustee; and (III) Granting Related Relief (the "Motion"), and sufficient cause being shown; it is hereby **ORDERED**, that:

1. The Motion is **GRANTED**.

2. FMTC and NFS, as the agent for FMTC, shall liquidate the Premier Select IRA Accounts with Account Nos. JAV692777 and TRN44850582 (collectively, the "IRAs").

3. FMTC and NFS, as agent for FMTC, shall distribute the net proceeds from the IRAs, after the withholding of applicable taxes (the "IRA Proceeds"), to the Trustee within ten (10) days after the entry of this Order. The IRA Proceeds shall be made payable to "Christine C. Shubert, Chapter 7 Trustee for the Estate of Teri M. Guisbert" and mailed directly to the Trustee at 821 Wesley Avenue, Ocean City, NJ 08226.

4. Concurrent with the payment of the IRA proceeds, FMTC and NFS shall provide an accounting to the Trustee evidencing the liquidation of the IRAs and the withheld taxes.

5. This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

BY THE COURT:

_____
JEAN K. FITZSIMON,
UNITED STATES BANKRUPTCY JUDGE

**Date: April 6, 2018**