United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Teri M. Guisbert  
      Debtor

Case No. 17-14352-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: DonnaR   Page 1 of 1   Date Rcvd: Apr 06, 2018  
                    Form ID: pdf900   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2018.  
db          +Teri M. Guisbert,   136A Church Street,   Mountville, PA 17554-1425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
aty        +E-mail/Text: christine.shubert@comcast.net Apr 07 2018 01:33:10      CHRISTINE C. SHUBERT,  
          821 Wesley Avenue,   Ocean City, NJ 08226-3622  
                                                                                          TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2018                                                                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2018 at the address(es) listed below:  
        CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com  
        PAUL BRINTON MASCHMEYER    on behalf of Attorney    Maschmeyer Karalis P.C.  
         pmaschmeyer357@gmail.com, FMarinas@msn.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
        ROBERT W. SEITZER    on behalf of Co-Counsel    Maschmeyer Karalis P.C. rseitzer@karalislaw.com,  
         jhysley@karalislaw.com  
        ROBERT W. SEITZER    on behalf of Creditor    Maschmeyer Karalis P.C. rseitzer@karalislaw.com,  
         jhysley@karalislaw.com  
        THOMAS W. FLECKENSTEIN    on behalf of Debtor Teri M. Guisbert tom@fleckensteinpalaw.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                  TOTAL: 8

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | **CHAPTER 7** |
| : | |
| **TERI M. GUISBERT** : | **BANKRUPTCY NO. 17-14352(JKF)** |
| : | |
| **Debtor** : | |
| : | |

## ORDER

AND NOW, this ____ day of _____, 2018, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), For Entry of an Order (I) Compelling Fidelity Management Trust Company ("FMTC") and National Financial Services, LLC ("NFS") to Liquidate Individual Retirement Accounts; (II) Compelling FMTC and NFS to Distribute the Proceeds thereof to the Trustee; and (III) Granting Related Relief (the "Motion"), and sufficient cause being shown; it is hereby **ORDERED**, that:

1. The Motion is **GRANTED**.

2. FMTC and NFS, as the agent for FMTC, shall liquidate the Premier Select IRA Accounts with Account Nos. JAV692777 and TRN44850582 (collectively, the "IRAs").

3. FMTC and NFS, as agent for FMTC, shall distribute the net proceeds from the IRAs, after the withholding of applicable taxes (the "IRA Proceeds"), to the Trustee within ten (10) days after the entry of this Order. The IRA Proceeds shall be made payable to "Christine C. Shubert, Chapter 7 Trustee for the Estate of Teri M. Guisbert" and mailed directly to the Trustee at 821 Wesley Avenue, Ocean City, NJ 08226.

4. Concurrent with the payment of the IRA proceeds, FMTC and NFS shall provide an accounting to the Trustee evidencing the liquidation of the IRAs and the withheld taxes.

5.  This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

BY THE COURT:

*[signature: Jean K. Fitzsimon]*

**Date: April 6, 2018**

JEAN K. FITZSIMON,
UNITED STATES BANKRUPTCY JUDGE