## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 13** |
| | : | |
| **TERI M. GUISBERT** | : | **BANKRUPTCY NO. 17-14352** |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

**AND NOW**, this __7th__ day of __April, 2018__ , 20̶1̶X̶, upon consideration of the First

Interim Application for Compensation and Reimbursement of Expenses by Counsel to the

Trustee, it is hereby

**ORDERED** that the sum of $2,056.50 is allowed as reasonable compensation for the

services rendered and $27.69 is allowed for reimbursement of expenses for a total of $2,084.19,

for the period August 17, 2017 through September 13, 2017, as a Chapter 7 administrative

expense claim.


**BY THE COURT:**

_____  _Jean K. FitzSimon_  _____

**UNITED STATES BANKRUPTCY JUDGE**

Jean K. FitzSimon