United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Teri M. Guisbert
    Debtor

Case No. 17-14352-jkf
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: JEGilmore     Page 1 of 1     Date Rcvd: Apr 09, 2018
                 Form ID: pdf900     Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2018.
```
db             +Teri M. Guisbert,   136A Church Street,   Mountville, PA 17554-1425
cr              ECAST Settlement Corporation,   PO Box 29262,   New York, NY 10087-9262
coc            +KARALIS PC,   1900 Market Street,   Philadelphia, Pa 19103-3527
coc            +Maschmeyer Karalis P.C.,   1900 Spruce Street,   Philadelphia, PA 19103-6697
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            +E-mail/Text: christine.shubert@comcast.net Apr 10 2018 01:49:02     CHRISTINE C. SHUBERT,
                 821 Wesley Avenue,   Ocean City, NJ 08226-3622
smg             E-mail/Text: bankruptcy@phila.gov Apr 10 2018 01:48:51    City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2018 01:48:34
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 10 2018 01:48:49     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                              TOTAL: 4
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
aty*           +Maschmeyer Karalis P.C.,   1900 Spruce Street,   Philadelphia, PA 19103-6697
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2018                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2018 at the address(es) listed below:
```
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              PAUL BRINTON MASCHMEYER    on behalf of Attorney    Maschmeyer Karalis P.C.
               pmaschmeyer357@gmail.com,    FMarinas@msn.com
              POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              ROBERT W. SEITZER    on behalf of Co-Counsel    Maschmeyer Karalis P.C. rseitzer@karalislaw.com,
               jhysley@karalislaw.com
              ROBERT W. SEITZER    on behalf of Creditor    Maschmeyer Karalis P.C. rseitzer@karalislaw.com,
               jhysley@karalislaw.com
              THOMAS W. FLECKENSTEIN    on behalf of Debtor Teri M. Guisbert tom@fleckensteinpalaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 13 |
|---|---|---|
| TERI M. GUISBERT | : | BANKRUPTCY NO. 17-14352 |
| Debtor | : | |

## ORDER

AND NOW, this __7th__ day of __April, 2018__, ~~2017~~, upon consideration of the First Interim Application for Compensation and Reimbursement of Expenses by Counsel to the Trustee, it is hereby

**ORDERED** that the sum of $2,056.50 is allowed as reasonable compensation for the services rendered and $27.69 is allowed for reimbursement of expenses for a total of $2,084.19, for the period August 17, 2017 through September 13, 2017, as a Chapter 7 administrative expense claim.

**BY THE COURT:**

_____
UNITED STATES BANKRUPTCY JUDGE
Jean K. FitzSimon