IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TERI M. GUISBERT | : | BANKRUPTCY NO. 17-14352(JKF) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW,** this 11th day of June, 2018, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), For Entry of an Order (I) Compelling Massachusetts Mutual Life Insurance Company ("MassMutual") to Liquidate Individual Retirement Account; (II) Compelling MassMutual to Distribute the Proceeds thereof to the Trustee; and (III) Granting Related Relief (the "Motion"), and sufficient cause being shown; it is hereby **ORDERED**, that:

1. The Motion is **GRANTED**.

2. MassMutual shall liquidate the Individual Retirement Account with Account No. TRN44850582 (the "IRA").

3. MassMutual shall distribute the net proceeds from the IRA, after the withholding of applicable taxes (the "IRA Proceeds"), to the Trustee within ten (10) days after the entry of this Order. The IRA Proceeds shall be made payable to "Christine C. Shubert, Chapter 7 Trustee for the Estate of Teri M. Guisbert" and mailed directly to the Trustee at 821 Wesley Avenue, Ocean City, NJ 08226.

4. Concurrent with the payment of the IRA proceeds, MassMutual shall provide an accounting to the Trustee evidencing the liquidation of the IRA and the withheld taxes.

5. This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

**BY THE COURT:**

_____
JEAN K. FITZSIMON,
UNITED STATES BANKRUPTCY JUDGE