United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-14352-jkf
Teri M. Guisbert                                                      Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 1          Date Rcvd: Jun 11, 2018
                             Form ID: pdf900        Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 13, 2018.
db            +Teri M. Guisbert,   136A Church Street,   Mountville, PA 17554-1425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty           +E-mail/Text: christine.shubert@comcast.net Jun 12 2018 02:05:24     CHRISTINE C. SHUBERT,
               821 Wesley Avenue,   Ocean City, NJ 08226-3622
                                                                                   TOTAL: 1


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2018                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2018 at the address(es) listed below:
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net,  J100@ecfcbis.com
          PAUL BRINTON MASCHMEYER   on behalf of Attorney   Maschmeyer Karalis P.C.
           pmaschmeyer357@gmail.com,  FMarinas@msn.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
          ROBERT W. SEITZER    on behalf of Co-Counsel   Maschmeyer Karalis P.C. rseitzer@karalislaw.com,
           jhysley@karalislaw.com
          ROBERT W. SEITZER     on behalf of Creditor    Maschmeyer Karalis P.C. rseitzer@karalislaw.com,
           jhysley@karalislaw.com
          THOMAS W. FLECKENSTEIN    on behalf of Debtor Teri M. Guisbert tom@fleckensteinpalaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                   TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TERI M. GUISBERT | : | BANKRUPTCY NO. 17-14352(JKF) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW,** this  11th day of  June  , 2018, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee (the "Trustee"), For Entry of an Order (I) Compelling Massachusetts Mutual Life Insurance Company ("MassMutual") to Liquidate Individual Retirement Account; (II) Compelling MassMutual to Distribute the Proceeds thereof to the Trustee; and (III) Granting Related Relief (the "Motion"), and sufficient cause being shown; it is hereby **ORDERED**, that:

1.    The Motion is **GRANTED**.

2.    MassMutual shall liquidate the Individual Retirement Account with Account No. TRN44850582 (the "IRA").

3.    MassMutual shall distribute the net proceeds from the IRA, after the withholding of applicable taxes (the "IRA Proceeds"), to the Trustee within ten (10) days after the entry of this Order.   The IRA Proceeds shall be made payable to "Christine C. Shubert, Chapter 7 Trustee for the Estate of Teri M. Guisbert" and mailed directly to the Trustee at 821 Wesley Avenue, Ocean City, NJ 08226.

4.    Concurrent with the payment of the IRA proceeds, MassMutual shall provide an accounting to the Trustee evidencing the liquidation of the IRA and the withheld taxes.

5.      This Court shall retain jurisdiction to interpret and enforce the terms of this Order.

**BY THE COURT:**

_____
JEAN K. FITZSIMON,
UNITED STATES BANKRUPTCY JUDGE