United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Teri M. Guisbert  
    Debtor

Case No. 17-14352-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2      Date Rcvd: Jul 27, 2018  
                    Form ID: 318      Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2018.

```
db            +Teri M. Guisbert,    136A Church Street,    Mountville, PA 17554-1425
13995946      +Toyota Lease Trust,    C/O Toyota Motor Credit Corporation,    PO Box 9013,
               Addison, Texas 75001-9013
13939598      +York Toyota Financial Services,    9 West 57th Street,    New York, NY 10019-2701
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty           +EDI: BCCSHUBERT.COM Jul 28 2018 05:53:00      CHRISTINE C. SHUBERT,    821 Wesley Avenue,
               Ocean City, NJ 08226-3622
smg            E-mail/Text: megan.harper@phila.gov Jul 28 2018 02:00:07      City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 28 2018 01:59:19
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 28 2018 01:59:55      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13939591       EDI: RMSC.COM Jul 28 2018 05:53:00      Banana Republic/Synchrony,    PO Box 965003,
               Orlando, FL 32896-5003
13939592      +EDI: RMSC.COM Jul 28 2018 05:53:00      Care Credit/GE,    PO Box 960061,
               Orlando, FL 32896-0061
13939593       EDI: WFNNB.COM Jul 28 2018 05:53:00      Comenity Bank,    PO Box 182782,
               Columbus, OH 43218-2782
13939594       EDI: WFNNB.COM Jul 28 2018 05:53:00      Comenity Bank/Bon-Ton,    PO Box 182782,
               Columbus, OH 43218-2782
13939595       EDI: WFNNB.COM Jul 28 2018 05:53:00      Comenity Bank/Talbot,    PO Box 182782,
               Columbus, OH 43218-2782
13939596       EDI: RMSC.COM Jul 28 2018 05:53:00      Gap/Synchrony,    PO Box 965003,    Orlando, FL 32896-5003
14013369       EDI: Q3G.COM Jul 28 2018 05:53:00      Quantum3 Group LLC as agent for,    Comenity Bank,
               PO Box 788,    Kirkland, WA  98083-0788
13999855       EDI: Q3G.COM Jul 28 2018 05:53:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
               PO Box 788,    Kirkland, WA  98083-0788
13997055      +EDI: RMSC.COM Jul 28 2018 05:53:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk VA 23541-1021
13939597       EDI: WFNNB.COM Jul 28 2018 05:53:00      Victoria's Secret,    PO Box 659728,
               San Antonio, TX 78265-9728
14072378       EDI: ECAST.COM Jul 28 2018 05:53:00      eCAST Settlement Corporation,    PO Box 29262,
               New York NY 10087-9262
                                                                                              TOTAL: 15
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2018                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:

```
         CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
         PAUL BRINTON MASCHMEYER    on behalf of Attorney    Maschmeyer Karalis P.C.
          pmaschmeyer357@gmail.com, FMarinas@msn.com
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
         ROBERT W. SEITZER    on behalf of Co-Counsel    Maschmeyer Karalis P.C. rseitzer@karalislaw.com,
          jhysley@karalislaw.com
```

```
District/off: 0313-2          User: admin              Page 2 of 2              Date Rcvd: Jul 27, 2018
                              Form ID: 318             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
      ROBERT W. SEITZER    on behalf of Creditor    Maschmeyer Karalis P.C. rseitzer@karalislaw.com, jhysley@karalislaw.com
      THOMAS W. FLECKENSTEIN    on behalf of Debtor Teri M. Guisbert tom@fleckensteinpalaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

                                                                                         TOTAL: 8

Case 17-14352-jkf    Doc 94    Filed 07/29/18    Entered 07/30/18 01:00:27    Desc Imaged
Certificate of Notice    Page 2 of 4

| **Information to identify the case:** | |
|---|---|
| Debtor 1   **Teri M. Guisbert**<br>First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–5489**<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2   _____<br>(Spouse, if filing)   First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | |
| Case number:   **17–14352–jkf** | |

# Order of Discharge                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Teri M. Guisbert

7/26/18                                                         **By the court:**   Jean K. FitzSimon
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                               **Order of Discharge**                               page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2