**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| Teri M. Guisbert | | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 17-14352-JKF |

### ORDER

AND NOW, it appearing that the above-captioned Chapter 7 case is an asset case, , it is hereby

ORDERED that Order Approving Trustee's Report, Discharging Trustee and Closing Case erroneously entered by the Clerk's Office on September 20, 2018 , is VACATED.

**Date: September 25, 2018**

:

Jean K. FitzSimon
United States Bankruptcy Judge