## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Teri M. Guisbert | <u>Debtor(s)</u> | CHAPTER 7 |
| Toyota Lease Trust | <u>Movant</u> | |
| vs. | | NO. 17-14352 JKF |
| Teri M. Guisbert | <u>Debtor(s)</u> | |
| Frederick L. Reigle Esq. | <u>Trustee</u> | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, ~~reviewed the file herein and after hearing,~~ ~~is of the opinion that said Motion should be granted~~.  It is ~~therefore~~,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to take possession and sell, lease, and otherwise dispose of the 2016 TOYOTA RAV4 , VIN:JTMJFREVXGD182479  in a commercially reasonable manner.  The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this   19th   day of December , 2018.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Teri M. Guisbert
136A Church Street
Mountville, PA 17554

Thomas W. Fleckenstein,
Thomas W. Fleckenstein Attorney at Law
1338 Malleable Road
Columbia, PA 17512

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532