IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: 03/20/2019


IN RE:                                    :        Chapter

Teri M. Guisbert
                Debtor(s)                 :        Bankruptcy No. 17-14352


CERTIFICATION OF COSTS

The sum of $0.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court  in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before .

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
| --- | --- | --- |
| Notices | | |
| Claims | | |
| Certifications | | |
| Adversary Complaints | N/A | $0.00 |
| Copies | | |
| | TOTAL: | $0.00 |


Dated at Philadelphia, Pennsylvania
this 20th  day of March 2019



TIMOTHY B. MCGRATH, Clerk



By: Donna Rockeymore
Deputy Clerk



Certcost 8/99