United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Teri M. Guisbert                                          Case No. 17-14352-jkf
                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: DonnaR          Page 1 of 1        Date Rcvd: Mar 20, 2019
                           Form ID: pdf900        Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2019.
db             +Teri M. Guisbert,   136A Church Street,   Mountville, PA 17554-1425
aty            +Maschmeyer Karalis P.C.,   1900 Spruce Street,   Philadelphia, PA 19103-6697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +E-mail/Text: christine.shubert@comcast.net Mar 21 2019 02:26:43     CHRISTINE C. SHUBERT,
                821 Wesley Avenue,   Ocean City, NJ 08226-3622
                                                                                   TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2019 at the address(es) listed below:
          CHRISTINE C. SHUBERT   christine.shubert@comcast.net, J100@ecfcbis.com
          PAUL BRINTON MASCHMEYER   on behalf of Attorney   Maschmeyer Karalis P.C.
          pmaschmeyer357@gmail.com, FMarinas@msn.com
          POLLY A. LANGDON   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
          ROBERT W. SEITZER   on behalf of Creditor   Maschmeyer Karalis P.C. rseitzer@karalislaw.com,
          jhysley@karalislaw.com
          ROBERT W. SEITZER   on behalf of Co-Counsel   Maschmeyer Karalis P.C. rseitzer@karalislaw.com,
          jhysley@karalislaw.com
          THOMAS W. FLECKENSTEIN   on behalf of Debtor Teri M. Guisbert tom@fleckensteinpalaw.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                   TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Date: 03/20/2019

IN RE:                                    :        Chapter

Teri M. Guisbert
            Debtor(s)                     :        Bankruptcy No. 17-14352

CERTIFICATION OF COSTS

The sum of $0.00 has been determined to be the amount of costs deferred for payment to the Clerk of the U.S. Bankruptcy Court  in compliance with 28 U.S.C. 1930. Your check should be made payable to "Clerk, U.S. Bankruptcy Court" and submitted to the attention of the Clerks' Office, U.S. Bankruptcy Court, Suite 400 Robert N.C. Nix Building, 900 Market Street, Philadelphia PA 19107 on or before .

The following is a breakdown of the costs incurred but not yet paid:

| REASON FOR FEE | NUMBER | COSTS |
|---|---|---|
| Notices | | |
| Claims | | |
| Certifications | | |
| Adversary Complaints | N/A | $0.00 |
| Copies | | |
| | TOTAL: | $0.00 |

Dated at Philadelphia, Pennsylvania
this 20th  day of March 2019

TIMOTHY B. MCGRATH, Clerk

By: Donna Rockeymore
        Deputy Clerk

Certcost 8/99