# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TERI M. GUISBERT | : | BANKRUPTCY NO. 17-14352(JKF) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW,** upon consideration of the First Interim Application of Asterion, Inc. (the "Applicant") for Compensation and Reimbursement of Expenses as Accountants to the Trustee (the "Application"), and after Notice, it is hereby **ORDERED** that:

1. The Application is **APPROVED.**

2. The Applicant is allowed compensation in the amount of $6,067.50 for services rendered and $7.35 for reimbursement of expenses for a total of $6,074.85 for the period from August 3, 2018 through March 5, 2019.

BY THE COURT:

Date: March 29, 2019

JEAN K. FITZSIMON,
UNITED STATES BANKRUPTCY JUDGE