United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Teri M. Guisbert  
    Debtor

Case No. 17-14352-jkf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Jennifer     Page 1 of 1     Date Rcvd: Mar 29, 2019  
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2019.  
db        +Teri M. Guisbert,    136A Church Street,    Mountville, PA 17554-1425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:  
         CHRISTINE C. SHUBERT     christine.shubert@comcast.net, J100@ecfcbis.com  
         PAUL BRINTON MASCHMEYER     on behalf of Attorney     Maschmeyer Karalis P.C.  
          pmaschmeyer357@gmail.com, FMarinas@msn.com  
         POLLY A. LANGDON     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
          ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ     on behalf of Creditor     Toyota Lease Trust bkgroup@kmllawgroup.com  
         ROBERT W. SEITZER     on behalf of Co-Counsel     Maschmeyer Karalis P.C. rseitzer@karalislaw.com,  
          jhysley@karalislaw.com  
         ROBERT W. SEITZER     on behalf of Creditor     Maschmeyer Karalis P.C. rseitzer@karalislaw.com,  
          jhysley@karalislaw.com  
         THOMAS W. FLECKENSTEIN     on behalf of Debtor Teri M. Guisbert tom@fleckensteinpalaw.com  
         United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                     TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TERI M. GUISBERT | : | BANKRUPTCY NO. 17-14352(JKF) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW,** upon consideration of the First Interim Application of Asterion, Inc. (the "Applicant") for Compensation and Reimbursement of Expenses as Accountants to the Trustee (the "Application"), and after Notice, it is hereby **ORDERED** that:

1. The Application is **APPROVED.**

2. The Applicant is allowed compensation in the amount of $6,067.50 for services rendered and $7.35 for reimbursement of expenses for a total of $6,074.85 for the period from August 3, 2018 through March 5, 2019.

BY THE COURT:

Date: March 29, 2019

JEAN K. FITZSIMON,
UNITED STATES BANKRUPTCY JUDGE