IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **TERI M. GUISBERT** | : | **BANKRUPTCY NO. 17-14352(JKF)** |
| | : | |
| **Debtor** | : | |
| | : | |

## ORDER

**AND NOW,** upon consideration of the First Interim Application of Karalis PC ("KPC") for Compensation and Reimbursement of Expenses as Counsel to the Trustee, it is hereby

**ORDERED,** that the sum of $6,214.00 is allowed as reasonable compensation for the services rendered and $169.21 for reimbursement of expenses for a total of $6,383.21, both of which may be paid to KPC as Counsel for Trustee for services rendered and costs expended for the period January 3, 2018 through May 24, 2019.

BY THE COURT:

Date: 6/11/19

_____
JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE