United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Teri M. Guisbert  
    Debtor  

Case No. 17-14352-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Jun 12, 2019  
    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2019.  
db    +Teri M. Guisbert,   136A Church Street,   Mountville, PA 17554-1425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
aty    +E-mail/Text: christine.shubert@comcast.net Jun 13 2019 03:02:02    CHRISTINE C. SHUBERT,  
   821 Wesley Avenue,   Ocean City, NJ 08226-3622  
                                                                                                                                          TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2019                                                  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2019 at the address(es) listed below:  
        CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com  
        PAUL BRINTON MASCHMEYER    on behalf of Attorney    Maschmeyer Karalis P.C.  
   pmaschmeyer@maschmarinas.com, FMarinas@msn.com  
        POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,  
   ecf_frpa@trustee13.com  
        REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
        ROBERT W. SEITZER    on behalf of Creditor    Maschmeyer Karalis P.C. rseitzer@karalislaw.com,  
   jhysley@karalislaw.com  
        ROBERT W. SEITZER    on behalf of Attorney    Karalis PC rseitzer@karalislaw.com,  
   jhysley@karalislaw.com  
        ROBERT W. SEITZER    on behalf of Co-Counsel    Maschmeyer Karalis P.C. rseitzer@karalislaw.com,  
   jhysley@karalislaw.com  
        THOMAS W. FLECKENSTEIN    on behalf of Debtor Teri M. Guisbert tom@fleckensteinpalaw.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                     TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| TERI M. GUISBERT | : | BANKRUPTCY NO. 17-14352(JKF) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the First Interim Application of Karalis PC ("KPC") for Compensation and Reimbursement of Expenses as Counsel to the Trustee, it is hereby

**ORDERED**, that the sum of $6,214.00 is allowed as reasonable compensation for the services rendered and $169.21 for reimbursement of expenses for a total of $6,383.21, both of which may be paid to KPC as Counsel for Trustee for services rendered and costs expended for the period January 3, 2018 through May 24, 2019.

BY THE COURT:

Date: 6/11/19

JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE