IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  
TERI GUISBERT

Debtor(s)

Chapter 7

Bankruptcy No. 17-14352-JKF

## ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this  22nd  day of  August  20 19 , upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

_____  
JEAN K. FITZSIMON  
United States Bankruptcy Judge