United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   
Teri M. Guisbert  
    Debtor

Case No. 17-14352-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR     Page 1 of 1     Date Rcvd: Aug 22, 2019  
                 Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.  
db         +Teri M. Guisbert,   136A Church Street,   Mountville, PA 17554-1425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
aty        +E-mail/Text: christine.shubert@comcast.net Aug 23 2019 03:10:18   CHRISTINE C. SHUBERT,  
         821 Wesley Avenue,   Ocean City, NJ 08226-3622  
                                                                                                                                                             TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:  
         CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com  
         PAUL BRINTON MASCHMEYER    on behalf of Attorney    Maschmeyer Karalis P.C.  
         pmaschmeyer@maschmarinas.com, FMarinas@msn.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,  
         ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
         ROBERT W. SEITZER    on behalf of Creditor    Maschmeyer Karalis P.C. rseitzer@karalislaw.com,  
         jhysley@karalislaw.com  
         ROBERT W. SEITZER    on behalf of Attorney    Karalis PC rseitzer@karalislaw.com,  
         jhysley@karalislaw.com  
         ROBERT W. SEITZER    on behalf of Co-Counsel    Maschmeyer Karalis P.C. rseitzer@karalislaw.com,  
         jhysley@karalislaw.com  
         THOMAS W. FLECKENSTEIN    on behalf of Debtor Teri M. Guisbert tom@fleckensteinpalaw.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                          TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
TERI GUISBERT

Debtor(s)

Chapter 7

Bankruptcy No. 17-14352-JKF

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this __22nd__ day of ____August____ 20_19_, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

_____
JEAN K. FITZSIMON
United States Bankruptcy Judge