United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Teri M. Guisbert  
    Debtor

Case No. 17-14352-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: DonnaR    Page 1 of 1    Date Rcvd: Aug 28, 2019  
                   Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2019.  
db         +Teri M. Guisbert,    136A Church Street,    Mountville, PA 17554-1425

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
aty        +E-mail/Text: christine.shubert@comcast.net Aug 29 2019 03:03:52     CHRISTINE C. SHUBERT,  
          821 Wesley Avenue,    Ocean City, NJ 08226-3622  
                                                                             TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2019 at the address(es) listed below:  
         CHRISTINE C. SHUBERT     christine.shubert@comcast.net,    J100@ecfcbis.com  
         PAUL BRINTON MASCHMEYER    on behalf of Attorney    Maschmeyer Karalis P.C.  
          pmaschmeyer@maschmarinas.com,    FMarinas@msn.com  
         POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,  
          ecf_frpa@trustee13.com  
         REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com  
         ROBERT W. SEITZER    on behalf of Creditor    Maschmeyer Karalis P.C. rseitzer@karalislaw.com,  
          jhysley@karalislaw.com  
         ROBERT W. SEITZER    on behalf of Attorney    Karalis PC rseitzer@karalislaw.com,  
          jhysley@karalislaw.com  
         ROBERT W. SEITZER    on behalf of Co-Counsel    Maschmeyer Karalis P.C. rseitzer@karalislaw.com,  
          jhysley@karalislaw.com  
         THOMAS W. FLECKENSTEIN    on behalf of Debtor Teri M. Guisbert tom@fleckensteinpalaw.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                           TOTAL: 9

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  
TERI GUISBERT

Chapter 7

Bankruptcy No. 17-14352-JKF

Debtor(s)

ORDER OF DISTRIBUTION

AND NOW, this __28th__ day of __August__ 20 _19_, the Trustee, CHRISTINE C. SHUBERT, is hereby ordered and directed to (i) distribute to the parties in interest listed in the attached Distribution Schedule(s), estate monies in the amounts indicated in such Schedule(s), within ten (10) days after the appeal period for this order expires, and (ii) transmit to the United States Trustee, within one hundred twenty (120) days after the appeal period for this order expires, statements for all estate deposit or investment accounts indicating zero balances and all canceled checks corresponding to disbursements of estate funds as shown in the Trustee's Final Report and Account.

_JEAN K. FITZSIMON signature_

JEAN K. FITZSIMON  
UNITED STATES BANKRUPTCY JUDGE

DATED:_____